UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20570-CIV-LENARD/WHITE

**MANUEL GOMEZ**,

        Petitioner,

vs.

**STATE OF FLORIDA**,

        Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 7)
AND DISMISSING CASE**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 7), issued on March 4, 2010. In his Report, Magistrate Judge White recommends that Plaintiff's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as a successive petition. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7), issued on March 4, 2010, is **ADOPTED.**

2. Plaintiff's petition for habeas corpus pursuant to 28 U.S.C. § 2254 (D.E. 1) is **DISMISSED**.

3.      This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2010.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**